UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 06-22599-CIV-SEITZ/McALILEY

GLOBALTECH DISTRIBUTORS,
INC., a Florida corporation,

                    Plaintiff,

v.

NCM SUPPLIES, INC., a Florida
corporation,
                    Defendant.
_____/

## STIPULATION OF SETTLEMENT

Plaintiff, GLOBALTECH DISTRIBUTORS, INC. ("GDI") and Defendant NCM SUPPLIES, INC. ("NCM"), hereby notify the court that the parties have settled this matter pursuant to the terms announced in open court on December 7, 2006 as set forth in the transcript attached as Exhibit "A." The parties request that the Court retain jurisdiction to enforce the terms of the settlement.

Dated: December 11, 2006.

Respectfully submitted,

| | |
|---|---|
| HALL, LAMB AND HALL, PA. | FELDMAN GALE, P.A. |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 1428 Brickell Avenue, Penthouse | 201 S. Biscayne Blvd., 19th Floor |
| Miami, Florida 33131 | Miami, Florida 33131 |
| Phone: 305-374-5030 | Phone: 305-358-5001 |
| Fax:   305-374-5033 | Fax:   305-358-3309 |
| | |
| _____ | _____ |
| ADAM J. LAMB | LAWRENCE S. GORDON |
| FBN: 899046 | FBN: 382361 |
| | RICHARD GUERRA |
| | FBN: 689521 |

1

```
                    UNITED STATES DISTRICT COURT

                    SOUTHERN DISTRICT OF FLORIDA

GLOBALTECH DISTRIBUTORS, INC.         Case No. 06-22599-CV-PAS

          v.                          MIAMI, FLORIDA
                                      December 7, 2006
                                      VOLUME I

                                      PAGE 1 TO 10
NCM SUPPLIES, INC.


                    TELEPHONE CONFERENCE CALL
             BEFORE THE HON. PATRICIA A. SEITZ, J.
                    UNITED STATES DISTRICT JUDGE


APPEARANCES:

FOR THE PLAINTIFF:

                    ADAM J. LAMB, ESQ.
                    Hall Lamb & Hall, P.A.
                    1428 Brickell Avenue - Penthouse
                    Miami, FL  33131-9113


FOR THE DEFENDANT:

                    LAWRENCE S. GORDON, ESQ.
                    Feldman Gale
                    201 S. Biscayne Boulevard
                    19th Floor Miami Center
                    Miami, FL 33131-2148




REPORTED BY:        DAVID S. EHRLICH, RPR
                    Official Court Reporter
                    301 N. Miami, Room 504
                    Miami, Florida 33128-7788
                    (305) 523-5537



Proceedings recorded by mechanical stenography, transcript
produced by computer-aided transcription(CAT).
```

EXHIBIT "A"

DAVID S. EHRLICH                               COURT REPORTER

```
 1                    (Court reconvened at 1:03 p.m.)
 2              THE COURT:  The Court is now in session.  Please call
 3    the case.
 4              MS. WEBB:  Case number 06-22599 civil, Globaltech
 5    Distributors versus NCM Supplies.
 6              Counsel, please state your appearances.
 7              MR. LAMB:  Adam Lamb, from Hall, Lamb & Hall, PA, on
 8    behalf of the plaintiff Globaltech Distributors, Inc.  And on the
 9    line is my client Jorge Rodriguez, who is the President of
10    Globaltech.
11              THE COURT:  Good afternoon.
12              MR. GORDON:  And this is Lawrence Gordon, from the law
13    firm of Feldman Gale, representing the defendants NCM Supplies,
14    Inc.
15              THE COURT:  And is your client with you, Mr. Gordon?
16              MR. GORDON:  No, Your Honor.  I'm sorry.  They are not
17    with me.  Although, when I received Mr. Lamb's settlement
18    proposal, it was discussed with them.  And also I have received
19    from Mr. Lamb a written settlement proposal which I also furnished
20    to my client and they reviewed it.  So I am fully authorized to
21    accept the terms of the settlement.
22              THE COURT:  Excellent.  I was looking forward to the
23    preliminary injunction hearing.  But if the parties can resolve
24    the dispute, as learned counsel know, the end result is usually
25    better than what the Court would probable dictate.  Nobody is ever
```

1  happy with the Judge's decision, even those who win.
2            But I had understood from my law clerk Mr. Lalchandani
3  that you were going to file a notice of dismissal.  And we hadn't
4  received it.  And I just told Mr. Lalchandani that I would like to
5  have the parties just in case there was a slip between cup and the
6  lip, I always appreciate having it on the record that the parties
7  have reached an amicable resolution and that you have --
8            Is it a settlement as to both the injunction as well
9  as the damage issues?
10           MR. LAMB:  Yes, Judge.  It is a settlement of the
11 entire case.
12           THE COURT:  And who is speaking?
13           MR. LAMB:  That is Mr. Lamb on the behalf of the
14 plaintiff
15           THE COURT:  And that the issue as to any of the
16 equipment, has that also been resolved as part of the settlement?
17           MR. LAMB:  Judge, this is the plaintiff again, Adam
18 Lamb.  We are prepared to read the terms of the settlement into
19 the record, if you would like.
20           THE COURT:  Thank you.  I appreciate that.  That is
21 exactly what I would like to have.
22           MR. LAMB:  There are five points to the settlement.
23 The first is that NCM, the defendant, may sell off all the seized
24 remotes provided that prior to shipment to its customers, 1, with
25 regard to remote models NCM-86XX, and NCM-2200, NCM removes GDI's

1   name and telephone number from the mother board of the remotes;
2              And, 2, with regard to model number NCM-U-4000, NCM
3   removes GDI's name and telephone number from the mother board and
4   removes GDI's name and logo from the battery casing of the remote
5   model.
6              Further, NCM will not include an instruction booklet
7   with any of the corrected remotes which contains GDI's name or
8   model numbers.
9              In the event that NCM is unable to remove GDI's name
10  and/or telephone number as set forth as we just described
11  regarding any of the remotes, those remotes will be destroyed.
12             GDI has the right to inspect the corrected remotes
13  prior to shipment to confirm that GDI's name and telephone number
14  had been removed as we just described.
15             Additionally, NCM will provide GDI with an affidavit
16  prior to shipment that GDI's name and telephone number have been
17  removed as we just describe.  That is the first point.
18             MR. GORDON:  May I interject one point here.
19             THE COURT:  Yes, Mr. Gordon.
20             MR. GORDON:  Thank you, Your Honor.
21             Mr. Lamb and I have discussed that essentially what we
22  are contemplating is the method to remove the name from the mother
23  board is to essentially paint over it, because that is essentially
24  just stamped onto the mother board.  My client will be doing
25  something to paint over it.

1    With regard to the casing, something will actually
2 have to be done to remove it from the impression; probably a
3 grinding process.
4           THE COURT: When you say paint over it, I have two
5 questions. Is it going to be a permanent paint?
6           MR. GORDON: Yes. It will be essentially like putting
7 White Out on top of the number; something that would -- it would
8 be blocked. The name would be blocked.
9           THE COURT: And it would be a permanent block;
10 somebody couldn't scratch off the paint and see the GDI
11 underneath?
12          MR. GORDON: Well, it won't be a tape or something
13 like that. It will be something that is painted on. And I guess
14 if you scratch it off, you will be scratching off the name
15 underneath as well.
16          THE COURT: As long as that is accomplished, then I
17 think that you will have accomplished the intent.
18          MR. GORDON: Okay.
19          MR. LAMB: The second point, Your Honor, is that NCM
20 will agree to the entry of a consent order enjoining NCM from
21 manufacturing or selling any products with GDI's name on it,
22 including on the mother board, battery casing, or remotes, or
23 using GDI's name on the instruction booklet for its products. As
24 part of our settlement, GDI is foregoing and releasing its claims
25 regarding the trade dress of its remotes.

1   The release of GDI's trade dress claims pertains only
2  to the remotes which are the subject of this action, and not
3  future remotes or products which may be manufactured or sold by
4  GDI.
5          And GDI has represented to the plaintiff that it is
6  not aware of any other current trade dress infringement by NCM.
7          THE COURT:  Do me a favor, Mr. Lamb.  Just a little
8  slower, because my Court Reporter is shaking his head.
9          MR. LAMB:  I will go slower.
10         THE COURT:  The drawback with a telephonic is that he
11 cannot see your face or read your lips, plus the sound system
12 fuzzies the words.  So if you then add on top of those two
13 problems the speed, you are giving him a minor heart attack.
14         MR. LAMB:  Would you like me to repeat the last
15 section.
16         THE COURT:  Please repeat.
17         MR. LAMB:  Okay.  I will read it slower.
18         NCM will agree to the entry of a consent order
19 enjoining NCM from manufacturing or selling any products with
20 GDI's name on it, including on the mother board and battery casing
21 of remotes, or using GDI's name on the instruction booklet for its
22 products.
23         As part of the settlement, GDI is foregoing and
24 releasing its claims regarding the trade dress of its remotes.
25 GDI's release of its trade dress claims pertains only to the

```
 1   remotes which are the subject of this litigation.
 2              THE COURT:  And those are the three remotes?
 3              MR. LAMB:  The three remotes:  The universal remote
 4   and the two other remotes.
 5              THE COURT:  Okay.
 6              MR. LAMB:  Well, actually, let me just say, there were
 7   some other remotes seized.  The DTP-550.  There is remotes that
 8   are compatible with a DTP-550 converter as well.
 9              THE COURT:  Do me a favor.  Using the international
10   alphabet, tell me the letters you just said.
11              MR. LAMB:  D like in David, P like in Paul, V like in
12   Victor 550.
13              THE COURT:  Thank.  We thought the P was actually a T,
14   as in Tom.  Thank you.
15              MR. LAMB:  Okay.
16              And that GDI is not aware of any current trade dress
17   infringement by NCM.  That's the end of the second point.
18              The third item, Your Honor, is that NCM will assign to
19   GDI all of its pending trademark applications in Venezuela,
20   Argentina, Chile, Colombia, Brazil, Dominican Republic, Jamaica,
21   and Honduras, as well as any other countries where NCM has filed
22   an application to register the GDI name.
23              NCM agrees to pay the fees or costs, if any, required
24   for the assignment of these applications to GDI.
25              In the event that assigning the application for
```

```
 1  registration is not possible or practical, NCM will cancel or
 2  abandon the application.
 3           Your Honor, the fourth point is:
 4           Within five days, NCM will reimburse GDI for its
 5  attorneys fees in the amount of $35,000.  And for the fees paid to
 6  Judge Tobin as an inspector appointed by the state court in the
 7  amount of $3,500, for a total payment of $38,500.  And the check
 8  will be made payable to my law firm's trust account, or in the
 9  alternative NCM may wire the funds to my law firm's trust account
10  and we will provide them with wire transfer instructions today.
11           THE COURT:  Excellent.
12           MR. LAMB:  Additionally, NCM will pay the costs owed
13  to the Miami-Dade Sheriff's Office regarding storage of the seized
14  remotes.
15           And then the last item, Your Honor, is that the
16  parties are going to work together to draft and submit a consent
17  order containing the injunctive relief that we have discussed, and
18  that will include an order releasing the seized goods from the
19  custody of the Miami-Dade Sheriff's Office to NCM subject to the
20  terms of this settlement and the consent order.
21           And the order will also discharge the bond that GDI
22  posted for the temporary injunction received in the state court.
23           And the parties agree that they will execute any other
24  documents and pleadings as are necessary to effectuate this
25  settlement.  And the parties would request that the Court retain
```

```
 1   jurisdiction to enforce the settlement.
 2           THE COURT:  When do you anticipate having the proposed
 3   consent order to the Court?
 4           MR. LAMB:  Well, Judge, the timing that we have agreed
 5   to is that within one business day when we receive the $38,500 we
 6   expect to submit the consent order to the Court.  And Mr. Gordon
 7   has indicated that the money may come as early as Friday, which
 8   would mean that we could submit the order as early as Monday; but
 9   in no event will it be no later than I guess Wednesday of next
10   week.
11           THE COURT:  Excellent.
12           MR. LAMB:  Is that right, Larry?
13           MR. GORDON:  Yes, sir.
14           MR. LAMB:  Okay.
15           THE COURT:  May I compliment counsel, and the clients,
16   for reaching a very practical and rational solution so quickly.
17           MR. GORDON:  Thank you, Your Honor.
18           MR. LAMB:  Thank you, Your Honor.  We appreciate it.
19           THE COURT:  Is there anything else that I need to be
20   aware of?
21           MR. LAMB:  Other than that, our thanks to the Court
22   for all your time and expedition in this matter.
23           THE COURT:  It is my pleasure.
24           And just so that I can make sure, Mr. Gordon, has
25   Mr. Lamb accurately read out the terms of the parties' settlement
```

```
 1  agreement?
 2              MR. GORDON:  Yes, ma'am.
 3              THE COURT:  Okay.  Then, gentlemen, I'm sorry not to
 4  have to work with you.  But on the other hand I'm glad that I
 5  don't have to work with you.  And I look forward to seeing you in
 6  a more pleasant situation, like a judicial reception.
 7              MR. LAMB:  Thank you, Judge.
 8              THE COURT:  Have a very happy holiday to both of you.
 9  And we'll look for the papers then by next Wednesday.
10              MR. LAMB:  Thank you.
11              MR. GORDON:  Thank you.
12              THE COURT:  Bye-bye.
13              (Court recessed at 1:15 p.m.)
14
15
16
17
18
19
20
21
22
23
24
25
```