UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
CASE NO.:  06-22599-CIV-SEITZ/McALILEY

GLOBALTECH DISTRIBUTORS,
INC., a Florida corporation,

                Plaintiff,
v.

NCM SUPPLIES, INC., a Florida
corporation,
                Defendant.
_____/

**ORDER APPROVING SETTLEMENT, CONSENT INJUNCTION AND ORDER
AUTHORIZING RELEASE OF SEIZED GOODS, DISCHARGING INJUNCTION BOND
AND FINAL JUDGMENT**

      This Cause, having come before the Court upon the Stipulation of Settlement of the parties, Plaintiff, GLOBALTECH DISTRIBUTORS, INC. ("GDI") and Defendant NCM SUPPLIES, INC. ("NCM") dated December 11, 2006 [DE 28], which incorporates the terms of the settlement announced in open court on December 7, 2006 reached between the parties, and this Court, having reviewed the pleadings, being informed of the settlement and being otherwise advised in the Premises, enters the following order:

      1.      The Stipulation of Settlement and the terms of the settlement read into the record on December 7, 2006, attached as an exhibit to the Stipulation, are hereby approved by the Court. It is ordered that the parties comply with the terms of the settlement agreement.

      2.      Defendant NCM, its agents, employees, related companies, successors and assigns, and all persons acting in concert, participation or combination are permanently enjoined from:

      a)      manufacturing, distributing, selling, or offering for sale remote control model numbers NCM-U-400, NCM-86XX, and/or NCM-2200 if those models include GDI's

name and/or telephone number on the remote, including on the motherboard of the remote or in the battery casing;

b) distributing instruction booklets with any of its remotes which are instruction booklets for GDI products; and

c) manufacturing, distributing, selling or offering to sell any products which contain or display the name "GDI" or the name "Globaltech", including on the motherboard or battery casing of remote controls.

3. The foregoing injunction is entered pursuant to the inherent power of the district court to summarily enforce settlement agreements and therefore the parties have agreed that no findings of fact or conclusions of law are required pursuant to F.R.C.P. 52.

4. There shall be no appeal herefrom.

5. This Injunction and Final Judgment shall be binding upon the parties, their agents, officers, directors, partners, shareholders, servants, employees, attorneys, representatives, successors and assigns, and all other persons and entities in active concert or participation with them.

6. The Court hereby orders the Miami-Dade County Sheriff, its agents and/or designees, to release all goods seized in this matter to NCM upon payment by NCM to the Sheriff of all pending charges due to said department and its agents.

7. NCM shall comply with the terms of the settlement agreement and the injunction herein with regard to the subject seized goods after their release to NCM. NCM may sell off all seized remotes provided that prior to shipment to customers: a) with regard to remotes models NCM-86XX and NCM-2200, NCM removes or permanently conceals GDI's name and telephone number from the motherboard of the remotes; and b) with regard to model number NCM-U-400, NCM removes or permanently conceals GDI's name and telephone number from the motherboard and removes GDI's name and logo from the battery casing of the remote model. Further, NCM

will not include an instruction booklet with any of the corrected remotes which contains GDI's name or model numbers.  In the event that NCM is unable to remove or permanently conceal GDI's name and/or telephone numbers as set forth above regarding any of the remotes, said remotes will be destroyed.  GDI has the right to inspect the corrected remotes prior to shipment to confirm that GDI's name and telephone number have been removed or permanently concealed as stated above.  Additionally, NCM will provide GDI with an affidavit prior to shipment that GDI's name and telephone number have been removed as stated above.

8.     The Court hereby discharges the bond posted by GDI in the amount of $75,000 and orders the clerk of the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida to deliver the bond to Plaintiff Globaltech Distributors, Inc. or to its attorneys, Hall, Lamb and Hall, P.A.

9.     The Court retains jurisdiction to enforce the terms of the settlement and the permanent injunction for a period of three (3) months from the date of this Order.

10.    Plaintiff has withdrawn and released its claims for trade dress infringement regarding the remotes which were the subject of this action as identified on the record.  This release does not pertain to any future remotes or products which may be manufactured or sold by GDI.  GDI has represented that it is not aware of any current trade dress infringement by NCM.  Further, other than the expenses to be paid under the settlement agreement, Plaintiff has withdrawn and released its claims for damages under all claims raised in this action as part of the settlement.

DONE and ORDERED in Miami, Florida this 14th day of December, 2006.

_____
PATRICIA A. SEITZ
UNITED STATES DISTRICT COURT JUDGE

cc:    Counsel of record