**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO. 06-22599-CIV-SEITZ/MCALILEY

GLOBALTECH DISTRIBUTORS,
Inc., a Florida Corporation,

    Plaintiff,
v.

NCM SUPPLIES, INC., a Florida
Corporation,

    Defendants.
    _____/

## FINAL JUDGMENT

    For the reasons set forth in this Court's Order Approving Settlement, Consent Injunction and Order Authorizing Release of Seized Goods, Discharging Injunction Bond and Final Judgment, filed contemporaneously, it is hereby

    ORDERED, ADJUDGED, and DECREED that

    1.    This Final Judgment shall be binding upon the parties, their agents, officers, directors, partners, shareholders, servants, employees, attorneys, representatives, successors and assigns, and all other persons and entities in active concert or participation with them.

    2.    Defendant NCM, its agents, employees, related companies, successors and assigns, and all persons acting in concert, participation or combination are permanently enjoined from:

    a)    manufacturing, distributing, selling, or offering for sale remote control model numbers NCM-U-400, NCM-86XX, and/or NCM-2200 if those models include GDI's name and/or telephone number on the remote, including on the motherboard of the remote or in the battery casing;

        b)      distributing instruction booklets with any of its remotes which are instruction booklets for GDI products; and

        c)      manufacturing, distributing, selling or offering to sell any products which contain or display the name "GDI" or the name "Globaltech", including on the motherboard or battery casing of remote controls.

3.      The Miami-Dade County Sheriff, its agents and/or designees, shall release all goods seized in this matter to NCM upon payment by NCM to the Sheriff of all pending charges due to said department and its agents.

4.      NCM shall comply with the terms of the settlement agreement and the injunction herein with regard to the subject seized goods after their release to NCM. NCM may sell off all seized remotes provided that prior to shipment to customers: a) with regard to remotes models NCM-86XX and NCM-2200, NCM removes or permanently conceals GDI's name and telephone number from the motherboard of the remotes; and b) with regard to model number NCM-U-400, NCM removes or permanently conceals GDI's name and telephone number from the motherboard and removes GDI's name and logo from the battery casing of the remote model. Further, NCM will not include an instruction booklet with any of the corrected remotes which contains GDI's name or model numbers. In the event that NCM is unable to remove or permanently conceal GDI's name and/or telephone numbers as set forth above regarding any of the remotes, said remotes will be destroyed. GDI has the right to inspect the corrected remotes prior to shipment to confirm that GDI's name and telephone number have been removed or permanently concealed as stated above. Additionally, NCM will provide GDI with an affidavit prior to shipment that GDI's name and telephone umber have been removed as stated above.

5.      The bond posted by GDI in the amount of $75,000 is discharged and the clerk of

the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida shall deliver the bond to Plaintiff Globaltech Distributors, Inc. or to its attorneys, Hall, Lamb and Hall, P.A.

DONE AND ORDERED at Miami, Florida this <u>14th</u> day of December, 2006.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:
Counsel of record